DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KRISTIN LEIGH JAEGER,**
Appellant,

v.

**ZACHARY HAMMONDS,**
Appellee.

No. 4D21-2350

[February 24, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Stefanie Moon, Judge; L.T. Case No. DVCE21-001492.

Bradford M. Cohen, Fort Lauderdale, for appellant.

No appearance, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., GROSS and MAY, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***